**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6904**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

SANDRA ELLIOTT,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (5:09-cr-00383-BO-1)

———————

Submitted:  November 22, 2016      Decided:  November 28, 2016

———————

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Sandra Elliott, Appellant Pro Se.   William Miller Gilmore,
Jennifer P. May-Parker, Stephen Aubrey West, Assistant United
States Attorneys, Kimberly Ann Moore, Seth Morgan Wood, OFFICE
OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra Elliott appeals the district court's order denying her motion seeking a new trial pursuant to Fed. R. Crim. P. 33 and a judgment of acquittal pursuant to Fed. R. Crim. P. 29. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Elliott, No. 5:09-cr-00383-BO-1 (E.D.N.C. June 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2